JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>HELEN SARARANA,<br><br>  Defendant. | Case No. 2:19-cv-06891-AB-AFM<br><br>Judge: Honorable André Birotte, Jr.<br>Courtroom: 7B<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

1 | Pursuant to the stipulation of the parties (Dkt. No. 23) and under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: June 8, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE